AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Isaiah Emmanuelle Gibbs<br><br>*Defendant* | ) Case No. 4:23-mj-1079-JG<br>)<br>) RECEIVED BY<br>) USMS E/NC<br>) 07/07/2023<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Isaiah Emmanuelle Gibbs,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
see attached affidavit

Date: 7 July 2023

City and state: Raleigh, N.C.

James E. Gates, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/07/2023, and the person was arrested on *(date)* 07/10/2023
at *(city and state)* Raleigh, NC.

Date: 07/10/2023

A. Taylor, ATF
*Arresting officer's signature*

S. Bowyer, USMS
*Printed name and title*

FILED
JUL 11 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK